UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
YAHKEMP NEWKIRK, an individual,

                    Plaintiff,

      -against-

MAS CONVENIENCE AND DELI CORP. d/b/a
MAS CONVENIENCE DELI, an entity, and
JUN SANG CHO, an individual,

                    Defendants.
-------------------------------------------------------------------- X

Case No.: 1:20-cv-2033

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, the Defendants have defaulted. It is presumed that default occurred due to the ongoing COVID-19 pandemic.

**THEREFORE**, the Plaintiff agrees that the matter is hereby DISMISSED *without prejudice and without costs* against all Parties identified in above captioned.

**SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
       October 19, 2020

Respectfully submitted,

**SOLOMOS & STORMS**

By: /s/ Derrick Storms
Derrick Storms, Esq.
33-08 Broadway
Astoria, NY 11106
Tel: (718) 278-5900
dstormsesq@gmail.com
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED ~~denied~~

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 19, 2020
Brooklyn, New York